No. 986. Peña et al. *v.* Peña et al.—Appeal from the District Court of San Juan, Section 1. Motion of appellants to withdraw appeal. Decided May 19, 1913. Appeal dismissed on motion of appellants. *Mr. A. Marín Marién* for appellants. *Mr. Eduardo Acuña* for respondents.

---

No. 107. Ex parte Benito Forés.—Petition for approval of the notarial surety bond executed by the National Surety Company on May 7, 1913, and for cancellation of the mortgage surety bond executed by Pedro Acosta Nazario to guarantee the faithful performance of the notarial duties of the petitioner. Decided May 19, 1913. Bond approved and mortgage bond canceled in so far as regards further acts of the petitioner.

---

No. 371. Ex parte Ignacio Morales Acosta.—Petition for approval of notarial surety bond given by the National Surety Company on May 13, 1913. Decided May 18, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 389. Ex parte Enrique Lefebre.—Petition for approval of the notarial surety bond given by the National Surety Company on May 13, 1913. Decided May 19, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 614. The People *v.* Bigay.—Appeal from the District Court of Guayama. Motion of appellant to withdraw appeal. Decided May 26, 1913. Appeal dismissed on motion of appellant. *Mr. José Tous Soto* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.